**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| RAILWARE, INC., | |
| *Plaintiff,* | Misc. Case No. 2:24-mc-1283-MRH |
| | Underlying Action:<br>2:24-cv-02963-JMY (E.D. Pa.) |
| v. | |
| SOUTHEASTERN PENNSYLVANIA<br>TRANSPORTATION AUTHORITY, | |
| *Defendant.* | |

**ENTRY OF APPEARANCE**

**TO THE CLERK OF THE COURT**:

Kindly enter the appearance of Andrew P. MacArthur, Esq., who is admitted to this court, as counsel for Non-Party Westinghouse Air Brake Technologies Corporation in the above-captioned matter.

Dated: January 3, 2025

*/s/ Andrew P. MacArthur*
VENABLE LLP
Andrew P. MacArthur
NY Bar Number: 4573226
151 West 42nd Street, 49th Floor
New York, NY 10036
(212) 307-5500
APMacArthur@Venable.com

*Attorneys for Non-Party Westinghouse Air Brake Technologies Corporation*

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing Entry of Appearance was served today through the

Court's CM/ECF system.

*/s/ Andrew P. MacArthur*
Andrew P. MacArthur